## HARRIS v. STATE.

### No. 19264.

Court of Criminal Appeals of Texas.

Jan. 5, 1938.

Dave Weinstein and Walter Kolleschnig, both of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Robbery is the offense; penalty assessed at confinement in the penitentiary for a period of fifteen years.

The indictment appears regular and properly presented. The record is before this court without statement of facts or bills of exception.

No error having been perceived or pointed out, the judgment of the trial court is affirmed.